**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LUCRETIA GARCIA**                                                                               **PLAINTIFF**

**V.**                                    **No. 4:25-CV-00757-JM-ERE**

**SOCIAL SECURITY ADMINISTRATION,
COMMISSIONER**                                                                              **DEFENDANT**

**ORDER**

The Court has received a Recommendation from United States Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After carefully considering the Recommendation and making *a de novo* review of the record, the Court approves and adopts the Recommendation in its entirety.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner.

IT IS SO ORDERED this 15th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE