### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LUCRETIA GARCIA**                                                          **PLAINTIFF**

**V.**                          **No. 4:25-CV-00757-JM-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**COMMISSIONER**                                                          **DEFENDANT**

### JUDGMENT

Consistent with today's Order, judgment is entered for the Commissioner.

IT IS SO ORDERED this 15th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE